█    In the Matter of LAWRENCE DELANEY, as Chairman of the Suffolk County Democratic Committee, Appellant, v. EVERETT McNAB et al., Constituting the Board of Elections of Suffolk County, Respondents.— In a proceeding under section 330 of the Election Law to enjoin the Board of Elections of Suffolk County from placing upon the voting machines for use in said county at the general election to be held November 3, 1964, a proposition known as "County Question No. 1," and for other relief, the petitioner appeals from an order of the Supreme Court, Suffolk County, made October 23, 1964 upon the court's decision, which dismissed the application. Order affirmed, without costs. No opinion. (See *Klan* v. *County of Suffolk*, 22 A D 2d 708.) Beldock, P. J., Ughetta, Christ, Hill and Rabin, JJ., concur.

## (October 28, 1964)

█    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX SCHLOSS, Appellant.— Oral application by defendant to the Honorable SAMUEL RABIN, Associate Justice of the Appellate Division of the Supreme Court, Second Judicial Department, for permission to appeal to the Court of Appeals from an order of the Appellate Term in said department, affirming a judgment of conviction rendered by the Criminal Court of the City of New York. After hearing the defendant and the District Attorney of Queens County, the application is granted by Mr. Justice RABIN. A certificate will be issued by him, pursuant to statute ('Code Crim. Pro., § 520, subd. 1), granting defendant permission to appeal and certifying that a question of law is involved which ought to be reviewed by the Court of Appeals.

## THIRD DEPARTMENT, OCTOBER, 1964

## (October 13, 1964)

█    WALTER SWIDUNOVICH et al., Respondents-Appellants, v. STATE OF NEW YORK, Appellant-Respondent.— Judgment reversed, without costs, pursuant to the stipulation of the parties, and a new trial granted. Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.